O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAFAEL GONZALEZ,                         )     CASE NO. CV 09-04127 R (RZ)
                                         )
                  Petitioner,            )
                                         )     ORDER ACCEPTING FINDINGS AND
       vs.                               )     RECOMMENDATIONS OF UNITED
                                         )     STATES MAGISTRATE JUDGE
FERNANDO GONZALEZ, WARDEN,               )
                                         )
                  Respondent.            )
                                         )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

file, and the Report and Recommendation of United States Magistrate Judge.  Further, the

Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner

has objected.  The Court accepts the findings and recommendations of the Magistrate

Judge.


DATED:July 23, 2010


                                    _____
                                            MANUEL L. REAL
                                    UNITED STATES DISTRICT JUDGE