O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAFAEL GONZALEZ, | ) | CASE NO. CV 09-04127 R (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| FERNANDO GONZALEZ, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of RAFAEL GONZALEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 23, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE